# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| JODELLE L. KIRK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-05032-DGK |
| ) | |
| SCHAEFFLER GROUP USA, INC., d/b/a ) | |
| FAG BEARINGS CORP.; ) | |
| FAG HOLDING, LLC; ) | |
| WAYNE ALLISON; and ) | |
| FAG BEARINGS, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO JOIN NON-PARTY'S MOTION TO QUASH

Now before the Court is Plaintiff's Motion to Join Non-Party Janice Kirk's Motion to Quash *Subpoena Duces Tecum* (Doc. 39).

That portion of the motion seeking to join Mrs. Kirk's motion is GRANTED. An order addressing Plaintiff's request for a protective order and the merits of Mrs. Kirk's motion (Doc. 34) and will be issued separately.

**IT IS SO ORDERED.**

Date:   June 20, 2014                    /s/ Greg Kays
                                         GREG KAYS, CHIEF JUDGE
                                         UNITED STATES DISTRICT COURT