**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| JODELLE L. KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-5032-DGK |
| | ) | |
| SCHAEFFLER GROUP USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' DEPOSITON DESIGNATIONS AND OBJECTIONS TO LEWIS TRANSCRIPT AND DITOMASO DEPOSITION

Now before the Court is Plaintiff's "Motion to Strike Defendants' Deposition Designations and Motion to Strike Defendants' Objection to the Lewis Transcript and the Deposition of Gino Ditomaso" (Doc. 407). The motion encompasses several disparate requests. Plaintiff objects to Defendants' designation of the entire deposition transcripts of Plaintiff's seven primary expert witnesses and moves to strike these designations, or in the alternative, order Defendants to resubmit them. Plaintiff also moves to strike Defendants' objections to the *Lewis* transcript designations and the DiTomaso deposition designations.

With respect to Plaintiff's objections to the expert witness deposition designations, the motion is DENIED AS MOOT because Plaintiff has indicated that all of these witnesses will testify in person and, in any event, Defendants have offered revised designations for most of these witnesses.

With respect to Plaintiff's request to strike Defendants' objections, the motion is DENIED.

**IT IS SO ORDERED.**

Date:  February 28, 2016                        /s/ Greg Kays
                                          GREG KAYS, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT