## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

JODELLE L. KIRK,               )

                     )

       Plaintiff,         )

                     )

v.                      )      No. 13-05032-CV-SW-DGK

                     )

SCHAEFFLER GROUP USA, INC., et al.,  )

                     )

       Defendants.       )

## JUDGMENT IN A CIVIL ACTION

  X    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Defendants' Motion for Summary Judgment is granted in part. (Order, Doc. 333)
Defendants' Motion for Judgment as a Matter of Law is granted in part. (Order, Doc. 491)
Jury Verdict returned in favor of Plaintiff in the amount of $7,600,000.00 on Plaintiff's claim
  against Defendants as submitted in Instruction No. 19. (Doc. 520)
Jury Verdict returned in favor of Plaintiff in the amount $13,000,000.00 for punitive
  damages. (Doc. 526)


  March 25, 2016                   Paige Wymore-Wynn    

Dated                              Acting Clerk of Court


  March 25, 2016                   /s/ Alex Francis         

Entered                           (by) Deputy Clerk