# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

| | |
|---|---|
| JODELLE L. KIRK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-05032-CV-SW-DGK ) |
| SCHAEFFLER GROUP USA, INC., et al., | ) ) |
| Defendants. | ) ) |

## AMEDED JUDGMENT IN A CIVIL ACTION

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Defendants' Motion for Summary Judgment is granted in part. (Order, Doc. 333)

Defendants' Motion for Judgment as a Matter of Law is granted in part. (Order, Doc. 491)

Jury Verdict returned in favor of Plaintiff in the amount of $7,600,000.00 on Plaintiff's claim against Defendants as submitted in Instruction No. 19. (Doc. 520)

Jury Verdict returned in favor of Plaintiff in the amount $13,000,000.00 for punitive damages. (Doc. 526)

Plaintiff's Motion to Alter or Amend Judgment to Award Costs, Prejudgment Interest and Postjudgment Interest is granted in part. Plaintiff is awarded prejudgment interest of $1,635,584.00 and postjudgment interest of $408.16 per day, nunc pro tunc to the entry of judgment. (Order, Doc. 581).

| | |
|---|---|
| _July 26, 2016_ | _Paige Wymore-Wynn_ |
| Dated | Clerk of Court |
| | |
| _July 29, 2016_ | /s/ Alex Francis |
| Entered | (by) Deputy Clerk |