IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JODELLE L. KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-5032-DGK |
| | ) | |
| SCHAEFFLER GROUP USA, INC., and | ) | |
| FAG BEARINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO STAY EXECUTION OF JUDGMENT AND APPROVE AMOUNT OF SUPERSEDEAS BOND

Now before the Court is Defendants' Motion to Stay Execution of Judgment and Approve Amount of Supersedeas Bond (Doc. 591).

Defendants request the Court enter an order staying the execution of judgment and approve a supersedeas bond to be posted by Defendants in the amount of $22,500,000, an amount which will cover approximately the full amount of damages, costs, prejudgment interest, and postjudgment interest through March 2017. Defendants state they will file such a bond within ten business days of the Court's order setting the amount.

The motion is GRANTED. The Court stays execution of the judgment in this matter until February 17, 2017, and approves a supersedeas bond in the amount of $22,500,000 to be posted by Defendants.

**IT IS SO ORDERED.**

Date: February 7, 2017    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT